

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-23-2010

# Clausell v. Sherrer

Precedential or Non-Precedential: Precedential

Docket No. 06-4606

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Clausell v. Sherrer" (2010). *2010 Decisions.* Paper 1582.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1582

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-4606

JAMES DOUGLAS CLAUSELL,

Petitioner,

v.

LYDELL SHERRER; THE ATTORNEY GENERAL OF THE STATE OF NEW
JERSEY, ANNE MILGRAM*,

Respondents.

(*Anne Milgram is substituted for her predecessor, Stuart Rabner, as Attorney General of
the State of New Jersey, pursuant to Fed. R. App. P. 43(c)(2).)

Appeal from the United States District Court
for the District of New Jersey
(No. 04-cv-03857)
District Court Judge: Honorable Noel L. Hillman

Submitted Under Third Circuit L.A.R. 34.1(a)
November 9, 2009

Before: AMBRO, GARTH and ROTH, Circuit Judges.

(Opinion Filed: February 5, 2010)

**ORDER  AMENDING CONCURRING OPINION**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Concurring Opinion in the above case filed

February 5, 2010, be amended as follows:

On page 18, first paragraph, third line, replace "n.5" with "n.6".

On page 18, second paragraph, second line, replace "*id.* at 10 n.6" with "*id.*".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: March 23, 2010
PDB/cc: All Counsel of Record

2